PROB 12B
(7/93)

United States District Court

for

District of New Jersey

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stephen Boyd                                                                                      Cr.: 04-00675-001
                                                                                                              PACTS Number: 45953

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 08/12/2008

Original Offense: Felon in Possession of a Firearm

Original Sentence: 36 months imprisonment followed by three years supervised release.

Type of Supervision: Supervised Release                                      Date Supervision Commenced: 01/06/2009

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The offender shall contribute 18 hours of community service work over a period of 2 months or less. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The offender shall also be required to abide by standard curfew restrictions. The offender shall remain at his residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The offender shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable cordless equipment.

## CAUSE

The offender submitted nine urine samples which yielded positive results for marijuana and one urine sample which yielded positive results for cocaine. He has also failed to report to Code-A-Phone (a random drug testing program) on numerous occasions and sustained a misdemeanor conviction for wandering.

Respectfully submitted,

By: Jamel H. Dorsey
    U.S. Probation Officer
Date: 10/13/2011

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

Dennis M. Cavanaugh
U.S. District Judge

_____
Signature of Judicial Officer

10/19/11
Date